# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL OWUSU, <br><br> Plaintiff, <br><br> v. <br><br> LASERSHIP, INC. <br><br> Defendant. | Civil Action No.: 23-cv-0074 |

## PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER APPROVING SETTLEMENT

Plaintiff, Michael Owusu, by and through his undersigned counsel, having reached a preliminary resolution of the claims of under the Fair Labor Standards Act, the Pennsylvania Minimum Wage Act, the Pennsylvania Wage Payment and Collection Law, and for breach of contract, hereby moves this Honorable Court for an Order Approving the proposed Confidential Settlement Agreement and Release of Claims.[1] Plaintiff's arguments in support of this Motion are more fully explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated into this Motion by reference.

---

[1] A copy of the parties' proposed Confidential Settlement Agreement and Release of Claims has been attached as Exhibit A to the parties' accompanying Memorandum of Law.

Respectfully submitted,

**MARZZACCO NIVEN & ASSOCIATES**

By: */s/ Benjamin Salvina*
Benjamin Salvina, Esq.
945 East Park Drive, Suite 103
Harrisburg, PA 17111
TEL: 717-231-1640
FAX: 717-231-1650
bsalvina@klnivenlaw.com
*Attorney for Plaintiff*

Dated: January 28, 2024

## **CERTIFICATE OF CONCURRENCE**

The undersigned, Benjamin Salvina, Esquire, hereby certifies that on January 28, 2024, undersigned counsel conferred with Defendant's counsel, who concurs with the relief requested in the instant Motion.

                                                                  By:   */s/ Benjamin Salvina*
                                                                           Benjamin Salvina, Esq.

Dated: January 28, 2024

## **CERTIFICATE OF SERVICE**

I, Benjamin Salvina, Esquire, hereby certify that on January 28, 2024, I caused a true and correct copy of the foregoing to be sent to the following counsel via the Court's ECF system:

Charles Andrewscavage, Esq.
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 1600
Chicago, IL 60603
candrewscavage@scopelitis.com

James A. Eckhart, Esq.
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
jeckhart@scopelitis.com

Megan Zei
PION LAW
2404 Park Drive, Suite 404
Harrisburg, PA 17110
jdecinti@pionlaw.com
*Attorneys for Defendant*

By: */s/ Benjamin Salvina*
Benjamin Salvina, Esq.

Dated: January 28, 2024